JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALCON WOODS, LLC, a Charlestown, Nevis, West Indies limited liability company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GOODING & COMPANY, INC., a California corporation doing business in California and Arizona,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-02226-SVW (MRWx)<br><br>[Assigned to The Honorable Stephen V. Wilson, Courtroom 10A]<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Original Complaint Filed: March 10, 2020 |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED: This action is hereby dismissed with the parties to bear their own attorneys' fees and costs and without prejudice.

DATED: March 23, 2021

_____
Hon. Stephen V. Wilson

RUSS, AUGUST & KABAT

210322 PO Stip Dismiss.docx

**[PROPOSED] ORDER**